IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DYLAN CAUSBIE,<br><br>    Defendant. | Case No. CR 13-0497 TEH<br><br>[~~PROPOSED~~ ORDER] VACATING HEARING DATE FOR MOTIONS; VACATING BRIEFING SCHEDULE AND SETTING STATUS CONFERENCE DATE |

Based on the stipulation of the parties and with the consent of the defendant, the Court hereby orders the following:

(a) The hearing date for motions currently set for October 21, 2013 at ~~10:00 a.m.~~ 2:30 p.m. shall be vacated and instead, a status conference shall be held before this Court on that same date and time; and

(b) The previously set briefing schedule for motions shall be vacated.

IT IS SO ORDERED.

DATED: 08/26/2013

IT IS SO ORDERED AS MODIFIED

Judge Thelton E. Henderson